Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| Janet J. Pidge, Pro Se | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Pidge v. Maura T. Healey, et. al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Janet J. Pidge |
| Street Address | P. O. Box 263 |
| City and County | Watertown |
| State and Zip Code | MA 02471-0263 |
| Telephone Number | 857-636-0796 |
| E-mail Address | jjpidge@hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Maura T. Healey |
| Job or Title *(known)* | Governor |
| Street Address | 24 Beacon Street, Office of the Governor, Room 280 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02133 |
| Telephone Number | 617-725-4005 |
| E-mail Address *(if known)* | maura.t.healey@mass.gov |

Defendant No. 2

| | |
|---|---|
| Name | Leah B. Foley |
| Job or Title *(if known)* | U. S. Attorney |
| Street Address | 1 Courthouse Way, Suite 9200 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02110 |
| Telephone Number | 617-748-3100 |
| E-mail Address *(if known)* | leah.b.foley@usdoj.gov |

Defendant No. 3

| | |
|---|---|
| Name | Andrea J. Campbell |
| Job or Title *(if known)* | Attorney General |
| Street Address | 1 Ashburton Place, 20th Floor |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02108 |
| Telephone Number | 617-727-2200 |
| E-mail Address *(if known)* | andrea.campbell@state.ma.us |

Defendant No. 4

| | |
|---|---|
| Name | Rachael S. Rollins |
| Job or Title *(if known)* | General Counsel, Roxbury Community College |
| Street Address | 1234 Columbus Ave. |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02120 |
| Telephone Number | 857-701-1272 |
| E-mail Address *(if known)* | racrollins@rcc.mass.edu |

**II. Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. Section 1983
42 U.S. Code § 3058i

See Attached "Civil Rights"

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED COMPLAINT DATED JULY 2, 2025:

I am suing for $80M, civil right violations continue to this day. Federal civil rights violations involve various deprivations of my fundamental rights, and my due process rights are not being protected because powerful people are abusing their positions of power and denying me constituent services that I qualify for.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For over 20 years, my civil rights and due process rights continues to this day. My $2400 security deposit is being illegally withheld, a private investigator extorted $2500 from me, I have been threatened, assaulted and this mounting political cover up led to MURDER 1, and other horrific crimes committed against my innocent Catholic family. Bad judges are blocking me from testifying in an open courtroom and judiciary tyranny continues to this day. I am being denied constituent services, emergency police and court protection across the Commonwealth because high-powered officials are criminally involved.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        07/03/2025

Signature of Plaintiff

Printed Name of Plaintiff    Janet J. Pldge, Pro Se

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Defendant No. 5**

| | |
|---|---|
| Name | Kevin R. Hayden |
| Job of Title | Suffolk County District Attorney |
| Street Address | One Bulfinch Place Street |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02114 |
| Telephone | 617-619-4000 |
| Email Address (if known) | kevin.r.hayden@state.ma.us |

**Defendant No. 6**

| | |
|---|---|
| Name | Geoffrey D. Noble |
| Job of Title | Colonel Massachusetts State Police |
| Street Address | 470 Worcester Road Street |
| City and County | Framingham, Middlesex |
| State and Zip Code | MA 01702 |
| Telephone | 508-820-2300 |
| Email Address (if known) | Geoffrey.Noble@pol.state.ma.us |

**Defendant No. 7**

| | |
|---|---|
| Name | Marian T. Ryan |
| Job of Title | Middlesex District Attorney |
| Street Address | 15 Commonwealth Avenue |
| City and County | Woburn, Middlesex |
| State and Zip Code | MA 01801 |
| Telephone | 781-897-8300 |
| Email Address (if known) | **marianryanforda@gmail.com** |

**Defendant No. 8**

| | |
|---|---|
| Name | Newton Police Department |
| Job of Title | Police Chief, George R. McMains |
| Street Address | 1321 Washington Street |
| City and County | West Newton, Middlesex |
| State and Zip Code | MA 02465 |
| Telephone | 617) 796-2101 |
| Email Address (if known) | chiefsoffice@newtonma.gov |

**Defendant No. 9**

| | |
|---|---|
| Name | Boston Police Department |
| Job of Title | Police Commissioner, Michael A. Cox |
| Street Address | One Schroeder Plaza |
| City and County | Boston, Suffolk |
| State and Zip Code | MA  02120 |
| Telephone | 617-343-4633 |
| Email Address (if known) | |

**Defendant No. 10**

| | |
|---|---|
| Name | Ruthanne Fuller |
| Job of Title | Mayor |
| Street Address | 1000 Commonwealth Ave. |
| City and County | Newton Centre, Middlesex |
| State and Zip Code | MA 02459 |
| Telephone | 617-796-1000 |
| Email Address (if known) | rfuller@newtonma.gov |

**Defendant No. 11**

| | |
|---|---|
| Name | Joshua S. Levy |
| Job of Title | Attorney Ropes & Gray LLP |
| Street Address | 800 Boylston Street |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02199 |
| Telephone | 617-951-7000 |
| Email Address (if known) | joshua.levy@ropesgray.com |

**Defendant No. 12**

| | |
|---|---|
| Name | Belmont Police Department |
| Job of Title | Police Chief James G. MacIsaac |
| Street Address | 460 Concord Avenue |
| City and County | Belmont, Middlesex |
| State and Zip Code | MA 02478 |
| Telephone | 617-993-2570 |
| Email Address (if known) | **chief@belmontpd.org** |

**Defendant No. 13**

| | |
|---|---|
| Name | Jeffrey D. Lasseter |
| Job of Title | Private Investigator |
| Street Address | 15 Woodland Street |
| City and County | Belmont, Middlesex |
| State and Zip Code | MA 02478 |
| Telephone | 757-221-6507 |
| Email Address (if known) | jeffreydl@outlook.com |

**Defendant No. 14**

| | |
|---|---|
| Name | Tommasina Anne Olson |
| Job of Title | Friends of the Council On Aging |
| Street Address | 10 Bay State Road |
| City and County | Belmont, Middlesex |
| State and Zip Code | MA 02478 |
| Telephone | 617-489-2828 |
| Email Address (if known) | **tomi.olson@gmail.com** |

**Defendant No. 15**

| | |
|---|---|
| Name | Patrice Garvin |
| Job of Title | Belmont Town Administrator |
| Street Address | 455 Concord Avenue, 1st Floor |
| City and County | Belmont, Middlesex |
| State and Zip Code | MA 02478 |
| Telephone | 617-993-2610 |
| Email Address (if known) | **pgarvin@belmont-ma.gov** |

**Defendant No. 16**

| | |
|---|---|
| Name | Michelle Wu |
| Job of Title | Mayor |
| Street Address | 1 City Hall Square |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02201-2043 |
| Telephone | 617-635-4500 |
| Email Address (if known) | **michelle.wu**@boston.gov |

**Defendant No. 17**

| | |
|---|---|
| Name | Watertown Police Department |
| Job of Title | Police Chief Justin Hanrahan |
| Street Address | 552 Main Street |
| City and County | Watertown, Middlesex |
| State and Zip Code | MA 02472 |
| Telephone | 617-972-6537 |
| Email Address (if known) | |

**Defendant No. 18**

| | |
|---|---|
| Name | Edward J. Markey |
| Job of Title | Senator |
| Street Address | 975 JFK Federal Building 15 New Sudbury St |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02203 |
| Telephone | 617-565-8519 |
| Email Address (if known) | Ed@edmarkey.org |

**Defendant No. 19**

| | |
|---|---|
| Name | Amy Mah Sangiolo |
| Job of Title | State Representative |
| Street Address | State House, 24 Beacon St., Room 130 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02133 |
| Telephone | 617) 722-1280 |
| Email Address (if known) | Amy.Sangiolo@mahouse.gov |

**Defendant No. 20**

| | |
|---|---|
| Name | Jodi Cohen |
| Job of Title | FBI Agent |
| Street Address | 935 Pennsylvania Ave. NW |
| City and County | Washington |
| State and Zip Code | DC 20535 |
| Telephone | 202-324-3000 |
| Email Address (if known) | jodi.cohen@ic.fbi.gov |

**Defendant No. 21**

| | |
|---|---|
| Name | Robert Parahus, Toll Brothers Corporate Office |
| Job of Title | President & COO |
| Street Address | 1140 Virginia Drive |
| City and County | Fort Washington |
| State and Zip Code | PA 19034 |
| Telephone | 215-938-8000 |
| Email Address (if known) | rparahus@tollbrothers.com |

**Defendant No. 22**

| | |
|---|---|
| Name | Lorraine Wu, The Bradford |
| Job of Title | Property Manager, Toll Brothers |
| Street Address | 525 Common Street |
| City and County | Belmont, Middlesex |
| State and Zip Code | MA 02478 |
| Telephone | 857-491-2924 |
| Email Address (if known) | l.wu@tollbrothers.com |

**Defendant No. 23**

| | |
|---|---|
| Name | Jeffrey S. Shapiro |
| Job of Title | Inspector General |
| Street Address | One Ashburton Place, Room 1311 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02108 |
| Telephone | 617-727-9140 |
| Email Address (if known) | jeffrey.s.shapiro@mass.gov |

**Defendant No. 24**

| | |
|---|---|
| Name | Ruthzee Louijeune |
| Job of Title | Council President; City Councilor, At-Large |
| Street Address | Boston City Hall 5th Floor |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02201 |
| Telephone | 617-635-4376 |
| Email Address (if known) | Ruthzee.Louijeune@boston.gov |

**Defendant No. 25**

| | |
|---|---|
| Name | Jake Auchincloss |
| Job of Title | Congressman |
| Street Address | 29 Crafts Street, Suite 375 |
| City and County | Newton, Middlesex |
| State and Zip Code | MA 02458 |
| Telephone | 617-332-3333 |
| Email Address (if known) | jake.auchincloss@mail.house.gov |